**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.  26-cv-80751-EA**

**Sylvia Caravetta**,

     Plaintiff,

v.

**United States of America**

     Defendant.

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

THIS CAUSE came before the Court on Magistrate Judge Bruce E. Reinhart's Report and Recommendation (the "Report"). [ECF No. 6]. Being fully advised, it is **ORDERED AND ADJUDGED** that,

1. The Report **[ECF No. 6]** is **AFFIRMED**.

2. The case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

3. All deadlines are **TERMINATED**, all remaining motions are **DENIED AS MOOT**, and the clerk of court is instructed to **CLOSE THIS CASE**.

    **DONE AND ORDERED** in chambers in West Palm Beach, Florida, this 4th day of August 2026.



_____
**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Served:

2

**Sylvia Caravetta**
522 Monaco K
Delray Beach, FL 33446
PRO SE